JOSEPH ASHLEY, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Ashley* v. *Erie R. R. Co.*, 161 App. Div. 948, affirmed.
(Argued March 20, 1916; decided April 11, 1916.)

APPEAL from a judgment, entered March 25, 1914, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action

to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, while in the employ of defendant as brakeman, was pitched or thrown from a tank car at the rear end of the front section of a freight train, which had just been broken for the purpose of cutting out and switching from the main track onto a siding cars which were in the middle of the train. The case was submitted to the jury on the theories that they might find that either the defendant's engineer or the defendant's conductor was guilty of negligence in the handling of the train and so caused plaintiff's injuries.

*John C. Robinson, Leonard F. Fish* and *Thomas J. O'Neill* for appellant.

*William C. Cannon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO and POUND, JJ. Dissenting: SEABURY, J.